964

No. 1336. GREGORY ET AL. v. CITY OF CHICAGO. Sup. Ct. Ill. Certiorari granted. *Marshall Patner* for petitioners. *Raymond F. Simon* and *Marvin E. Aspen* for respondent.

No. 1316. AYLWARD, TRUSTEE IN BANKRUPTCY v. BROADWAY VALENTINE CENTER, INC. C. A. 8th Cir. Certiorari denied. *Phineas Rosenberg* for petitioner.

No. 1325. ONE 1963 CHEVROLET PICKUP TRUCK ET AL. v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *William B. Poff* for petitioners.

No. 1332. ZARZOUR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *William B. McCollough, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1338. AMP INC. v. UNITED STATES. Ct. Cl. Certiorari denied. *William J. Keating* for petitioner. *Solicitor General Griswold* for the United States. *Graham W. McGowan* for Electronic Industries Assn., as *amicus curiae,* in support of the petition.

No. 1347. SUHL ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Harry A. Pines* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.